# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2010

141122 & (51)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant/
      Cross-Appellee,

v

      SC: 141122
      COA: 290031
      Saginaw CC: 07-028869-FC

NAYKIMA TINEE HILL,
      Defendant-Appellee/
      Cross-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 11, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. We direct the Clerk to schedule oral argument on whether to grant the applications or take other peremptory action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing: (1) whether the dog tracking testimony was admitted in error, and (2) whether, in light of the resolution of that issue, the admission of Jacqueline Sistrunk's out-of-court statement was harmless beyond a reasonable doubt. They should not submit mere restatements of their application papers.

      DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2010

               Clerk

p0908